384 A.2d 982

Commonwealth v. Barnes, Appellant.

Argued November 18, 1977.  Robert C. Kochems, Assistant Public Defender, with him Nicholas S. Kladitis, Public Defender, for appellant;  David B. Douds, Assistant District Attorney, with him. Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.